# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JAMES KLEIN, | : | |
|---|---|---|
| | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | NO. 15-0065 |
| KEVIN KAUFMANN, et al., | : | |
| | : | |
| Respondent. | : | |

## ORDER

**AND NOW**, this 20th day of March, 2019, upon consideration of Petitioner's Petition for Writ of Habeas Corpus (Doc. No. 1), Petitioner's Amended Petition (Doc. No. 12), Respondent's Response (Doc. No. 15), Petitioner's Traverse (Doc. No. 17), the Report and Recommendation of United States Magistrate Judge Richard A. Lloret (Doc. No. 19), Petitioner's Objections (Doc. No. 26), and Respondents' Response to Petitioner's Objections (Doc. No. 30), following an evidentiary hearing before Judge Lloret, and upon thorough consideration of the state court record, it is hereby **ORDERED**:

1. The Report and Recommendation (Doc. No. 19) is **ADOPTED IN PART** as set forth in the accompanying Memorandum Opinion;
2. The Petition for Writ of Habeas Corpus is **DENIED**; and
3. A certificate of appealability is **GRANTED**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**Mitchell S. Goldberg,      J.**